JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY, a California corporation,<br><br>    Interpleader-Plaintiff,<br><br>vs.<br><br>PHU CHUNG, Executor of the Estate of Thanh Ngoc Tran; THE ESTATE OF TRANH NGOC TRAN; ANGELO & DI MONDA, LLP, an entity of unknown form; TOBY DOUGLAS, Director, California Department of Health Care Services; KATHLEEN SEBELIUS, Secretary, United States Department of Health & Human Services; and DOES 1-50, inclusive,<br><br>    Interpleader-Defendants. | Case No. SACV14-01082 JVS (DFMx)<br><br>**ORDER DISMISSING DEFENDANT BURWELL; WITHDRAWING MOTION TO DISMISS: AND REMANDING CASE TO SUPERIOR COURT**<br><br>Current Motion Hearing Date: 10/27/2014<br><br>Hon. James V. Selna |

1       The Court having considered the parties' Stipulation for Voluntary Dismissal of
2 Defendant Sylvia Mathews Burwell, Secretary of Health and Human Services, and good
3 cause having been shown,
4       IT IS HEREBY ORDERED that Defendant Burwell is dismissed from this action
5 with prejudice, and the pending Motion to Dismiss set for hearing in this Court on
6 October 27, 2014, is taken off calendar as moot, each party to bear their own costs and
7 fees.
8       IT IS HEREBY FURTHER ORDERED that this case be remanded to the Superior
9 Court for the County of Orange, Case No. 30-2014-00724516-CU-MC-CJC.
10       IT IS SO ORDERED.

DATED: October 23, 2014

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE